**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1011**

DANIEL JOHNSON WILLIS,

       Petitioner - Appellant,

    v.

TRENTON TOWN COUNCIL; MAYOR OF TRENTON; TOWN CLERK; BOARD OF ELECTIONS; WILL BROCK, as Chairman, and/or their successors,

       Respondents.

**No. 18-1013**

DANIEL JOHNSON WILLIS,

       Petitioner - Appellant,

    v.

TOWN OF TRENTON; DARLENE SPIVEY, as Mayor; CHARLES C. JONES, Town Council Members; ROBERT HORVATH, Town Council Member; GLEN SPIVEY, as Town Clerk; WILL BROCK, In his official capacity, chairman of the Board of Elections, and/or their Successors,

       Respondents.

**No. 18-1014**

DANIEL JOHNSON WILLIS,

        Petitioner - Appellant,

    v.

EASTERN CAROLINA HEART INSTITUTE; DONNA EDWARDS, and/or their successors; COTTINA GODDARD, and/or their successors; MARQUITA HALL, and/or their successors,

        Respondents.

**No. 18-1015**

DANIEL JOHNSON WILLIS,

        Plaintiff - Appellant,

    v.

TRENTON TOWN COUNCIL; DARLENE SPIVEY, as Mayor; CHARLES C. JONES, and/or their successors; ROBERT W. HORVATH, and/or their successors; GLENN SPIVEY, as Town Clerk, and/or their successors; JONES COUNTY BOARD OF ELECTIONS, and/or their successors; WILL H. BROCK, in his official capacity as Chairman of the Board of Elections, and/or their successors,

        Defendants.

Appeals from the United States District Court for the Eastern District of North Carolina, at Greenville.   Malcolm J. Howard, Senior District Judge.   (4:17-mc-00002-H; 4:17-mc-00003-H; 4:17-mc-00004-H; 4:17-mc-00005-H)

Submitted:  April 24, 2018                                    Decided:  May 31, 2018

———————————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daniel Johnson Willis, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying him leave to file civil complaints for failure to comply with a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Willis v. Trenton Town Council*, Nos. 4:17-mc-00002-H; 4:17-mc-00003-H; 4:17-mc-00004-H; 4:17-mc-00005-H (E.D.N.C. Dec. 12, 2017). We grant leave to proceed in forma pauperis. We deny Willis's motion and supplemental motion titled "Appeal-Extra Ordinary Delay Complaint for En Banc Hearing Declaratory and Injunctive Relieve Reverse and Remand." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*